LINWOOD A JONES ESQ
7 GLENWOOD AVENUE
SUITE 414B
EAST ORANGE, NJ  07017

Re:   VICTORIA C. JEFFRIES
      26 MT. PROSPECT AVENUE
      NEWARK,  NJ  07104

Atty:   LINWOOD A JONES ESQ
        7 GLENWOOD AVENUE
        SUITE 414B
        EAST ORANGE, NJ  07017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
#### Chapter 13 Case # 19-22762

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $56,180.00**

## RECEIPTS AS OF 01/13/2023   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/05/2019 | $786.00 | 5992959000 | 08/14/2019 | $786.00 | 6094182000 |
| 09/05/2019 | $786.00 | 6154943000 | 10/07/2019 | $786.00 | 6235859000 |
| 11/12/2019 | $786.00 | 6320864000 | 12/13/2019 | $786.00 | 6401694000 |
| 01/06/2020 | $950.00 | 6459060000 | 02/04/2020 | $950.00 | 6537455000 |
| 03/11/2020 | $950.00 | 6630785000 | 04/16/2020 | $950.00 | 6717354000 |
| 05/11/2020 | $950.00 | 6782403000 | 06/11/2020 | $950.00 | 6859608000 |
| 07/06/2020 | $950.00 | 6917402000 | 08/12/2020 | $950.00 | 7006839000 |
| 09/08/2020 | $950.00 | 7069626000 | 10/13/2020 | $950.00 | 7152334000 |
| 11/09/2020 | $950.00 | 7220758000 | 12/15/2020 | $950.00 | 7307153000 |
| 01/15/2021 | $950.00 | 7381906000 | 02/12/2021 | $950.00 | 7450356000 |
| 03/15/2021 | $950.00 | 7524853000 | 04/12/2021 | $950.00 | 7592879000 |
| 05/07/2021 | $950.00 | 7657477000 | 06/04/2021 | $950.00 | 7721945000 |
| 07/16/2021 | $950.00 | 7815796000 | 08/13/2021 | $950.00 | 7877240000 |
| 09/24/2021 | $950.00 | 7967930000 | 10/22/2021 | $950.00 | 8030453000 |
| 11/19/2021 | $950.00 | 8093203000 | 01/03/2022 | $950.00 | 8181808000 |
| 01/28/2022 | $950.00 | 8236745000 | 02/25/2022 | $950.00 | 8296566000 |
| 03/25/2022 | $950.00 | 8360855000 | 04/22/2022 | $950.00 | 8418327000 |
| 05/23/2022 | $950.00 | 8481079000 | 06/17/2022 | $950.00 | 8535489000 |
| 07/15/2022 | $950.00 | 8588945000 | 08/26/2022 | $950.00 | 8670340000 |
| 09/30/2022 | $950.00 | 8733688000 | 10/24/2022 | $950.00 | 8781306000 |
| 11/23/2022 | $950.00 | 8841381000 | 12/30/2022 | $950.00 | 8907160000 |

**Total Receipts:  $38,916.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $38,916.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023   (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**Chapter 13 Case # 19-22762**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| HOME POINT FINANCIAL CORPORATION | | | | | | | |
| | 12/16/2019 | $1,548.59 | 838,983 | | 01/13/2020 | $745.13 | 840,859 |
| | 02/10/2020 | $900.60 | 842,742 | | 03/16/2020 | $900.60 | 844,603 |
| | 04/20/2020 | $900.60 | 846,555 | | 05/18/2020 | $855.00 | 848,501 |
| | 06/15/2020 | $855.00 | 850,181 | | 07/20/2020 | $878.75 | 851,945 |
| | 08/17/2020 | $878.75 | 853,826 | | 09/21/2020 | $878.75 | 855,598 |
| | 10/19/2020 | $878.75 | 857,503 | | 11/16/2020 | $878.75 | 859,303 |
| | 12/21/2020 | $878.75 | 861,082 | | 02/22/2021 | $1,757.50 | 864,516 |
| | 03/15/2021 | $878.75 | 866,451 | | 04/19/2021 | $878.75 | 868,043 |
| | 05/12/2021 | ($878.75) | 868,043 | | 05/17/2021 | $1,757.50 | 869,987 |
| | 06/21/2021 | $893.00 | 871,749 | | 07/19/2021 | $893.00 | 873,598 |
| | 08/16/2021 | $893.00 | 875,281 | | 09/20/2021 | $893.00 | 877,002 |
| | 11/17/2021 | $893.00 | 880,498 | | 12/13/2021 | $902.50 | 882,141 |
| | 01/10/2022 | $902.50 | 883,792 | | 01/12/2022 | ($902.50) | 882,141 |
| | 02/14/2022 | $1,805.00 | 885,465 | | 03/14/2022 | $902.50 | 887,191 |
| | 04/18/2022 | $902.50 | 888,848 | | 05/16/2022 | $916.75 | 890,601 |
| | 06/20/2022 | $916.75 | 892,264 | | 07/18/2022 | $1,833.50 | 894,016 |
| | 08/15/2022 | $916.75 | 895,576 | | 10/17/2022 | $916.75 | 899,116 |
| | 11/14/2022 | $916.75 | 900,691 | | 12/12/2022 | $897.75 | 902,246 |
| | 01/09/2023 | $897.75 | 903,733 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,231.23 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,225.00 | 100.00% | 2,225.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | COMENITY BANK/ASHLEY STEWART | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,995.78 | * | 0.00 | |
| 0005 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,325.13 | * | 0.00 | |
| 0006 | COMMONWEALTH FINANCIAL SYSTEMS | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 1,358.86 | * | 0.00 | |
| 0008 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,726.68 | * | 0.00 | |
| 0009 | HOME POINT FINANCIAL C | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | HOME POINT FINANCIAL CORPORATION | MORTGAGE ARRE | 48,296.47 | 100.00% | 33,562.02 | |
| 0012 | LIBERTY SAVINGS FCU | UNSECURED | 2,033.13 | * | 0.00 | |
| 0013 | NEW JERSEY ANESTHESIA ASSOCIATES | SECURED | 0.00 | 100.00% | 0.00 | |
| 0014 | PORTFOLIO RECOVERY | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | QUALITY ASSET RECOVERY | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | SYNCB/GAP | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | BUREAUS INVESTMENT GROUP PORTFO | UNSECURED | 823.82 | * | 0.00 | |
| 0021 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | LIBERTY SAVINGS FCU | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | PORTFOLIO RECOVERY | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,138.06 | * | 0.00 | |
| 0025 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 29.32 | * | 0.00 | |
| 0026 | US DEPARTMENT OF HUD | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0027 | UNIFUND CCR | UNSECURED | 3,628.98 | * | 0.00 | |
| 0028 | SYNCHRONY BANK | UNSECURED | 2,029.52 | * | 0.00 | |
| 0029 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 202.55 | * | 0.00 | |
| 0030 | PENDRICK CAPITAL PARTNERS, LLC | UNSECURED | 1,276.00 | * | 0.00 | |

**Total Paid:  $38,018.25**

See Summary

**Chapter 13 Case # 19-22762**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $38,916.00          -     Paid to Claims: $33,562.02     -     Admin Costs Paid: $4,456.23   =    Funds on Hand: $897.75

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.