Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF AUGUST 7, 2024

**Chapter 13 Case # 19-22762**

Re:  VICTORIA C. JEFFRIES  
     26 MT. PROSPECT AVENUE  
     NEWARK, NJ  07104

Atty:  LINWOOD A JONES ESQ  
       7 GLENWOOD AVENUE  
       SUITE 414B  
       EAST ORANGE, NJ  07017

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $56,180.00**

### RECEIPTS  (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/05/2019 | $786.00 | 5992959000 | 08/14/2019 | $786.00 | 6094182000 |
| 09/05/2019 | $786.00 | 6154943000 | 10/07/2019 | $786.00 | 6235859000 |
| 11/12/2019 | $786.00 | 6320864000 | 12/13/2019 | $786.00 | 6401694000 |
| 01/06/2020 | $950.00 | 6459060000 | 02/04/2020 | $950.00 | 6537455000 |
| 03/11/2020 | $950.00 | 6630785000 | 04/16/2020 | $950.00 | 6717354000 |
| 05/11/2020 | $950.00 | 6782403000 | 06/11/2020 | $950.00 | 6859608000 |
| 07/06/2020 | $950.00 | 6917402000 | 08/12/2020 | $950.00 | 7006839000 |
| 09/08/2020 | $950.00 | 7069626000 | 10/13/2020 | $950.00 | 7152334000 |
| 11/09/2020 | $950.00 | 7220758000 | 12/15/2020 | $950.00 | 7307153000 |
| 01/15/2021 | $950.00 | 7381906000 | 02/12/2021 | $950.00 | 7450356000 |
| 03/15/2021 | $950.00 | 7524853000 | 04/12/2021 | $950.00 | 7592879000 |
| 05/07/2021 | $950.00 | 7657477000 | 06/04/2021 | $950.00 | 7721945000 |
| 07/16/2021 | $950.00 | 7815796000 | 08/13/2021 | $950.00 | 7877240000 |
| 09/24/2021 | $950.00 | 7967930000 | 10/22/2021 | $950.00 | 8030453000 |
| 11/19/2021 | $950.00 | 8093203000 | 01/03/2022 | $950.00 | 8181808000 |
| 01/28/2022 | $950.00 | 8236745000 | 02/25/2022 | $950.00 | 8296566000 |
| 03/25/2022 | $950.00 | 8360855000 | 04/22/2022 | $950.00 | 8418327000 |
| 05/23/2022 | $950.00 | 8481079000 | 06/17/2022 | $950.00 | 8535489000 |
| 07/15/2022 | $950.00 | 8588945000 | 08/26/2022 | $950.00 | 8670340000 |
| 09/30/2022 | $950.00 | 8733688000 | 10/24/2022 | $950.00 | 8781306000 |
| 11/23/2022 | $950.00 | 8841381000 | 12/30/2022 | $950.00 | 8907160000 |
| 01/27/2023 | $950.00 | 8960866000 | 02/24/2023 | $950.00 | 9015701000 |
| 03/24/2023 | $950.00 | 9071224000 | 04/26/2023 | $950.00 | 9129464000 |
| 05/25/2023 | $950.00 | 9185109000 | 06/30/2023 | $950.00 | 9247188000 |
| 07/31/2023 | $950.00 | 9302364000 | 08/07/2023 | $950.00 | 9317030000 |
| 09/12/2023 | $950.00 | 9375947000 | 10/06/2023 | $950.00 | 9419297000 |
| 11/29/2023 | $950.00 | 9503952000 | 01/02/2024 | $950.00 | 9560314000 |
| 01/08/2024 | $950.00 | 9572959000 | 02/23/2024 | $950.00 | 9646610000 |
| 03/04/2024 | $950.00 | 9667141000 | 04/19/2024 | $950.00 | 9742366000 |

**Chapter 13 Case # 19-22762**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/15/2024 | $950.00 | 9785927000 | 06/28/2024 | $950.00 | 9853816000 |
| 07/16/2024 | $164.00 | 9883794000 | | | |

**Total Receipts: $56,180.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $56,180.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 3,441.18 | |
| ATTY | ATTORNEY | ADMIN | 2,225.00 | 100.00% | 2,225.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | COMENITY BANK/ASHLEY STEWART | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,995.78 | * | 134.91 | |
| 0005 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,325.13 | * | 89.58 | |
| 0006 | COMMONWEALTH FINANCIAL SYSTEMS | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 1,358.86 | * | 91.86 | |
| 0008 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,726.68 | * | 116.72 | |
| 0009 | HOME POINT FINANCIAL C | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | HOME POINT FINANCIAL CORPORATION | MORTGAGE ARRE | 48,296.47 | 100.00% | 48,296.47 | |
| 0012 | LIBERTY SAVINGS FCU | UNSECURED | 2,033.13 | * | 137.44 | |
| 0013 | NEW JERSEY ANESTHESIA ASSOCIATES | SECURED | 0.00 | 100.00% | 0.00 | |
| 0014 | PORTFOLIO RECOVERY | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | QUALITY ASSET RECOVERY | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | SYNCB/GAP | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | BUREAUS INVESTMENT GROUP PORTFO | UNSECURED | 823.82 | * | 55.69 | |
| 0021 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | LIBERTY SAVINGS FCU | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | PORTFOLIO RECOVERY | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,138.06 | * | 76.93 | |
| 0025 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 29.32 | * | 0.00 | |
| 0026 | US DEPARTMENT OF HUD | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0027 | UNIFUND CCR | UNSECURED | 3,628.98 | * | 245.31 | |
| 0028 | SYNCHRONY BANK | UNSECURED | 2,029.52 | * | 137.19 | |
| 0029 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 202.55 | * | 13.69 | |
| 0030 | PENDRICK CAPITAL PARTNERS, LLC | UNSECURED | 1,276.00 | * | 86.26 | |

**Total Paid: $55,148.23**
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC | | | | | | | |
| | 06/17/2024 | $55.69 | 929022 | | | | |
| DEPARTMENT STORES NATIONAL BANK | | | | | | | |
| | 06/17/2024 | $91.86 | 929141 | | | | |
| HOME POINT FINANCIAL CORPORATION | | | | | | | |
| | 12/16/2019 | $1,548.59 | 838983 | | 01/13/2020 | $745.13 | 840859 |
| | 02/10/2020 | $900.60 | 842742 | | 03/16/2020 | $900.60 | 844603 |
| | 04/20/2020 | $900.60 | 846555 | | 05/18/2020 | $855.00 | 848501 |
| | 06/15/2020 | $855.00 | 850181 | | 07/20/2020 | $878.75 | 851945 |
| | 08/17/2020 | $878.75 | 853826 | | 09/21/2020 | $878.75 | 855598 |
| | 10/19/2020 | $878.75 | 857503 | | 11/16/2020 | $878.75 | 859303 |

**Chapter 13 Case # 19-22762**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| | 12/21/2020 | $878.75 | 861082 | 02/22/2021 | $1,757.50 | 864516 |
| | 03/15/2021 | $878.75 | 866451 | 04/19/2021 | $878.75 | 868043 |
| | 05/12/2021 | ($878.75) | 868043 | 05/17/2021 | $1,757.50 | 869987 |
| | 06/21/2021 | $893.00 | 871749 | 07/19/2021 | $893.00 | 873598 |
| | 08/16/2021 | $893.00 | 875281 | 09/20/2021 | $893.00 | 877002 |
| | 11/17/2021 | $893.00 | 880498 | 12/13/2021 | $902.50 | 882141 |
| | 01/10/2022 | $902.50 | 883792 | 01/12/2022 | ($902.50) | 882141 |
| | 02/14/2022 | $1,805.00 | 885465 | 03/14/2022 | $902.50 | 887191 |
| | 04/18/2022 | $902.50 | 888848 | 05/16/2022 | $916.75 | 890601 |
| | 06/20/2022 | $916.75 | 892264 | 07/18/2022 | $1,833.50 | 894016 |
| | 08/15/2022 | $916.75 | 895576 | 10/17/2022 | $916.75 | 899116 |
| | 11/14/2022 | $916.75 | 900691 | 12/12/2022 | $897.75 | 902246 |
| | 01/09/2023 | $897.75 | 903733 | 02/13/2023 | $897.75 | 905248 |
| | 03/13/2023 | $897.75 | 906863 | 04/17/2023 | $897.75 | 908440 |
| | 05/15/2023 | $897.75 | 910064 | 06/12/2023 | $897.75 | 911882 |
| | 07/17/2023 | $888.25 | 913402 | 08/14/2023 | $888.25 | 914922 |
| | 09/18/2023 | $1,776.50 | 916418 | 10/16/2023 | $888.25 | 917890 |
| | 11/13/2023 | $874.00 | 919339 | 01/08/2024 | $874.00 | 922125 |
| | 02/12/2024 | $1,748.00 | 923490 | 04/15/2024 | $1,748.00 | 926383 |
| | 06/17/2024 | $560.45 | 929271 | | | |
| JEFFERSON CAPITAL SYSTEMS LLC | | | | | | |
| | 06/17/2024 | $116.72 | 8004127 | | | |
| LIBERTY SAVINGS FCU | | | | | | |
| | 06/17/2024 | $137.44 | 928564 | | | |
| PENDRICK CAPITAL PARTNERS, LLC | | | | | | |
| | 06/17/2024 | $86.26 | 929488 | | | |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | |
| | 06/17/2024 | $76.93 | 8004126 | 06/17/2024 | $134.91 | 8004126 |
| | 06/17/2024 | $89.58 | 8004126 | | | |
| SYNCHRONY BANK | | | | | | |
| | 06/17/2024 | $137.19 | 929815 | | | |
| UNIFUND CCR | | | | | | |
| | 06/17/2024 | $245.31 | 929885 | | | |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT | | | | | | |
| | 06/17/2024 | $13.69 | 928688 | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: August 07, 2024.

Receipts: $56,180.00    -    Paid to Claims: $49,482.05    -    Admin Costs Paid: $5,666.18    =    Funds on Hand: $1,031.77

Base Plan Amount: $56,180.00    -    Receipts: $56,180.00    =    Total Unpaid Balance: **$0.00

**NOTE**: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.