Form ntcfncurv − testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 19−22762−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Victoria C. Jeffries
   aka Victoria C. Jeffries−Robinson
   26 Mt. Prospect Avenue
   Newark, NJ 07104

Social Security No.:
   xxx−xx−7582

Employer's Tax I.D. No.:

---

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

   TO: Victoria C. Jeffries
          Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: August 27, 2024
JAN: dlr

Jeanne Naughton, Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 19-22762-VFP

Victoria C. Jeffries                                                                                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin         Page 1 of 2
Date Rcvd: Aug 27, 2024      Form ID: ntcfncur   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Victoria C. Jeffries, 26 Mt. Prospect Avenue, Newark, NJ 07104-1012 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Home Point Financial Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Linwood A. Jones | on behalf of Debtor Victoria C. Jeffries linwoodjonesesq@gmail.com  jones.linwooda.r102478@notify.bestcase.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com  matthew.fissel@brockandscott.com |
| Michael R. DuPont | on behalf of Creditor Liberty Savings Federal Credit Union dupont@redbanklaw.com  lori@redbanklaw.com |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Aug 27, 2024 | Form ID: ntcfncur | Total Noticed: 1

Shauna M Deluca
    on behalf of Creditor Home Point Financial Corporation sdeluca@hasbanilight.com  hllawpc@gmail.com

Sindi Mncina
    on behalf of Creditor Home Point Financial Corporation smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9