**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Victoria C. Jeffries<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–7582<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court  District of New Jersey | | |
| Case number:  19–22762–VFP | | |

# Order of Discharge                                                                                                12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Victoria C. Jeffries
   aka Victoria C. Jeffries–Robinson


<u>11/13/24</u>                                            **By the court:** <u>Vincent F. Papalia</u>
                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support
     obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified
     in 11 U.S.C. §§ 507(a)(8)( C),
     523(a)(1)(B), or 523(a)(1)(C) to the
     extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Victoria C. Jeffries  
    Debtor

Case No. 19-22762-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 4  
Date Rcvd: Nov 13, 2024     Form ID: 3180W     Total Noticed: 47

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Victoria C. Jeffries, 26 Mt. Prospect Avenue, Newark, NJ 07104-1012 |
| cr | + | Liberty Savings Federal Credit Union, McKenna DuPont Higgins & Stone, 229 Broad Street, P.O. Box 610, Red Bank, NJ 07701-0610 |
| cr | + | Nationstar Mortgage LLC, 9726 Old Bailes Road, Suite 200, Fort Mill, SC 29707-7882 |
| 518444723 | | Bureaus Investment Group Portfolio LLC, PO Box 778, Kirkland, WA 98083-0788 |
| 518557106 | + | Eamonn J. O'Hagan, Esq., United States Attorney's Office, 970 Broad Street, Newark, NJ 07102-2527 |
| 519696361 | + | Home Point Financial Corporation, PO Box 100077, Duluth, GA 30096-9377 |
| 519696362 | + | Home Point Financial Corporation, PO Box 100077, Duluth, GA 30096, Home Point Financial Corporation, PO Box 100077 Duluth, GA 30096-9377 |
| 518396125 | | Liberty Savings Federal Credit Union, C/O McKenna, DuPont, Higgins & Stone, PC, PO Box 610, Red Bank, NJ 07701-0610 |
| 518325400 | + | New Jersey Anesthesia Associates, 200 S Orange Avenue, Livingston, NJ 07039-5817 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 13 2024 20:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 13 2024 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Nov 13 2024 20:49:39 | Home Point Financial Corporation, D Anthony Sottile, Authorized Agent, 394 Wards Corner Road, Suite 180, Loveland, OH 45140-8362 |
| 518337115 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 13 2024 21:03:23 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518325388 | + | EDI: CAPITALONE.COM | Nov 14 2024 01:33:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518325390 | + | EDI: WFNNB.COM | Nov 14 2024 01:33:00 | Comenity Bank/Ashley Stewart, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518325391 | + | EDI: WFNNB.COM | Nov 14 2024 01:33:00 | Comenity Capital Bank/HSN, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518325392 | | EDI: WFNNB.COM | Nov 14 2024 01:33:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 518325393 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Nov 13 2024 20:52:00 | Commonwealth Financial Systems, Attn: Bankruptcy, 245 Main Street, Dickson City, PA 18519-1641 |
| 518325394 | | EDI: CITICORP | Nov 14 2024 01:33:00 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518443185 | | EDI: Q3G.COM | Nov 14 2024 01:33:00 | Department Stores National Bank, c/o Quantum3 |

Case 19-22762-VFP    Doc 53    Filed 11/15/24    Entered 11/16/24 00:17:44    Desc Imaged
                              Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 13, 2024 | Form ID: 3180W | Total Noticed: 47 |

| | | | |
|---|---|---|---|
| | | | Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 519356026 | + Email/Text: RASEBN@raslg.com | Nov 13 2024 20:52:00 | HOME POINT FINANCIAL CORPORATION, c/o Robertson, Anschutz, Schneid,, Crane & Partners, LLP, 10700 Abbotts Bridge Rd, Suite 170, Duluth, GA 30097-8461 |
| 518325396 | + Email/Text: nsm_bk_notices@mrcooper.com | Nov 13 2024 20:52:00 | Home Point Financial C, Nmls#7706 9 Entin Rd St, Parsippany, NJ 07054-5000 |
| 518330862 | ^ MEBN | Nov 13 2024 20:49:37 | Home Point Financial Corporation, c/o D. Anthony Sottile, Authorized Agent, 394 Wards Corner Road, Suite 180, Loveland, OH 45140-8362 |
| 518441499 | + Email/Text: nsm_bk_notices@mrcooper.com | Nov 13 2024 20:52:00 | Home Point Financial Corporation, 11511 Luna Road, Suite 300, Farmers Branch, TX 75234-6451 |
| 518325397 | + Email/Text: nsm_bk_notices@mrcooper.com | Nov 13 2024 20:52:00 | Home Point Financial Corporation, Attn: Correspondence Dept, 11511 Luna Road; Suite 200, Farmers Branch, TX 75234-6451 |
| 518325395 | EDI: BLUESTEM | Nov 14 2024 01:33:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395 |
| 518408241 | EDI: JEFFERSONCAP.COM | Nov 14 2024 01:33:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518325389 | EDI: JPMORGANCHASE | Nov 14 2024 01:33:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518325398 | EDI: JEFFERSONCAP.COM | Nov 14 2024 01:33:00 | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| 518325399 | ^ MEBN | Nov 13 2024 20:53:34 | Liberty Savings FCU, Attn: Bankruptcy, 666 Newark Ave, Jersey City, NJ 07306-2398 |
| 520374446 | Email/Text: nsm_bk_notices@mrcooper.com | Nov 13 2024 20:52:00 | Nationstar Mortgage LLC, P.O Box 619096, Dallas, TX 75261-9741 |
| 520374447 | Email/Text: nsm_bk_notices@mrcooper.com | Nov 13 2024 20:52:00 | Nationstar Mortgage LLC, P.O Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC, P.O Box 619096, Dallas, TX 75261-9741 |
| 518423609 | Email/Text: perituspendrick@peritusservices.com | Nov 13 2024 20:52:00 | Pendrick Capital Partners II, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 520430654 | Email/Text: perituspendrick@peritusservices.com | Nov 13 2024 20:52:00 | Pendrick Capital Partners, LLC, c/o Peritus Portfolio Services II, LLC, PO Box 141419, Irving, TX 75014-1419 |
| 518325401 | EDI: PRA.COM | Nov 14 2024 01:33:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 518435597 | EDI: PRA.COM | Nov 14 2024 01:33:00 | Portfolio Recovery Associates, LLC, c/o Ashley Stewart, POB 41067, Norfolk VA 23541 |
| 518437098 | EDI: PRA.COM | Nov 14 2024 01:33:00 | Portfolio Recovery Associates, LLC, c/o Home Shopping Network, POB 41067, Norfolk VA 23541 |
| 518436752 | EDI: PRA.COM | Nov 14 2024 01:33:00 | Portfolio Recovery Associates, LLC, c/o New York & Company, POB 41067, Norfolk VA 23541 |
| 518325402 | Email/Text: signed.order@pfwattorneys.com | Nov 13 2024 20:52:00 | Pressler, Felt & Warshaw LLP, 7 Entin Rd, Parsippany, NJ 07054 |
| 518325403 | ^ MEBN | Nov 13 2024 20:54:39 | Quality Asset Recovery, Attn: Bankruptcy, Po Box 239, Gibbsboro, NJ 08026-0239 |
| 518420861 | + Email/Text: bncmail@w-legal.com | Nov 13 2024 20:54:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 518325404 | + EDI: SYNC | | |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 13, 2024 | Form ID: 3180W | Total Noticed: 47 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 14 2024 01:33:00 | Syncb/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518325405 | + | EDI: Q3GTBI | Nov 14 2024 01:33:00 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 518344225 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Nov 13 2024 21:02:37 | U.S. Department of, Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 518557105 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Nov 13 2024 21:02:37 | U.S. Department of HUD, 451 7th Street S.W., Washington, DC 20410-0001 |
| 518400450 | | Email/Text: bankruptcy@unifund.com | Nov 13 2024 20:52:00 | Unifund CCR, 10625 Techwoods Circle, Cincinnati, OH 45242 |
| 518424978 | + | EDI: AIS.COM | Nov 14 2024 01:33:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518557117 | *+ | Eamonn J. O'Hagan, Esq., United States Attorney's Office, 970 Broad Street, Newark, NJ 07102-2527 |
| 518557116 | *+ | U.S. Department of HUD, 451 7th Street S.W., Washington, DC 20410-0001 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2024         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Home Point Financial Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor NATIONSTAR MORTGAGE LLC laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Linwood A. Jones | on behalf of Debtor Victoria C. Jeffries linwoodjonesesq@gmail.com  jones.linwooda.r102478@notify.bestcase.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com  matthew.fissel@brockandscott.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Nov 13, 2024 | Form ID: 3180W | Total Noticed: 47 |

Michael R. DuPont
        on behalf of Creditor Liberty Savings Federal Credit Union dupont@redbanklaw.com  lori@redbanklaw.com

Shauna M Deluca
        on behalf of Creditor Home Point Financial Corporation sdeluca@hasbanilight.com  hllawpc@gmail.com

Sindi Mncina
        on behalf of Creditor Home Point Financial Corporation smncina@raslg.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10